# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| JENNIFER K. ABBOTT-POPE, | § § § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. 4:14-CV-702 |
| TEXAS RECOVERY BUREAU, INC, HSBC FINANCIAL CORPORATION, PRA RECEIVABLES MANAGEMENT, LLC, as agent of PORTFOLIO RECOVERY ASSOCIATES, LLC, and BECK & MASTEN PONTIAC. INC., | § § § § § § § § § | |
| Defendants. | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 3, 2017, the report of the Magistrate Judge (Dkt. #233) was entered containing a recommendation that Plaintiff's Motion for Default Judgment Against Texas Recovery Bureau, Inc. for Failure to Appear (Dkt. #202) be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's Motion for Default Judgment Against Texas Recovery Bureau, Inc. for Failure to Appear (Dkt. #202) is **DENIED**.

**IT IS SO ORDERED**.

**SIGNED this 2nd day of June, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE